54 F.3d 767
 Pens. Plan Guide P 23909N
William J. Dillner, Jr., Hubert C. Dietrich, Robert J.
Ewanco, Betty R. Fischer, Raymond A. Huber, James H.
Hutchinson, Jr., Thomas R. Johnston, John P. O'Connor,
Joseph P. Santone, Anthony R. Simoes, Trustees of Western
Pennsylvania Teamsters and Employers Pension Fund
v.
Shovel Transfer and Storage, Inc., Robert P. Shovel, Joan M. Shovel
 NO. 94-3414
 United States Court of Appeals,
Third Circuit.
 Apr 25, 1995
 Appeal From: W.D.Pa., No. 92-245
 
 1
 APPEAL DISMISSED.